UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM TURNER (#416516)

    Plaintiff,

v.                                         Case No. 07-14694
                                           Hon. Lawrence P. Zatkoff

LIEUTENANT FRENCH, PATRICK M. FULLER,
and JASON GOULD,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 39], in which the Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss [dkt 35] and dismiss Plaintiff's Complaint without prejudice. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [dkt 35] is GRANTED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: October 12, 2012                                                    S/Lawrence P. Zatkoff
                                                                                    U.S. District Judge